AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
April 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Alice Portillo-Viera
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Antonio SING-LEDEZMA | ) | Case No. EP: 23-M-00900-MAT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2023__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC, 1326 | Reentry of removed aliens. |
| 18 USC, 922(g)(5) | Posessio of a firearm by a prohibited person, illegal alien. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

*Luis Rubio-Gonzalez*
Complainant's signature

Luis Rubio-Gonzalez
Printed name and title

Sworn to ~~before me and signed in my presence.~~ telephonically

Date: 04/03/2023 at 4:06 p.m.

*Miguel A. Torres*
Judge's signature

City and state: El Paso, Texas

Miguel Torres, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

On March 31, 2023, El Paso Police Department (EPPD) Officers heard numerous gunshots in the area of the 1300 block of George Dieter Drive in El Paso, Texas, in the Western District of Texas. EPPD Officers observed a blue Chevrolet Malibu sedan with a Texas temporary license plate driving erratically. EPPD Officers conducted a traffic stop on Malibu.

EPPD Officers contacted the driver, who at the time identified himself as "Ramiro Sing." Subsequent investigation determined that "Ramiro Sing" was actually Antonio SING-LEDEZMA. SING-LEDEZMA informed EPPD Officers that he (SING-LEDEZMA) had been shot in the leg. EPPD Officers observed a bullet hole on the driver's side door. SING-LEDEZMA exited the Malibu, and EPPD conducted a pat-down for weapons.

EPPD queried "Ramiro Sing" through police databases with no successful return. Consequently, EPPD used a digital fingerprint scanner to search SING-LEDEZMA's fingerprints, which returned to Antonio SING-LEDEZMA.

EPPD contacted a K9 Unit and conducted an exterior sniff of the Malibu. The K9 alerted to the smell of narcotics inside the Malibu. SING-LEDEZMA attempted to get back inside the Malibu, but EPPD Officers prevented SING-LEDEZMA from doing so.

EPPD Officers asked SING-LEDEZMA who shot at him (SING-LEDEZMA). SING-LEDEZMA became uncooperative and was then placed in handcuffs. EPPD asked SING-LEDEZMA if he (SING-LEDEZMA) had anything illegal on him, to which SING-LEDEZMA informed EPPD Officers that there was a glass pipe inside his left jacket pocket. EPPD Officers conducted a search of SING-LEDEZMA's person. EPPD Officers located one (1) round of Federal .380 caliber ammunition inside SING-LEDEZMA's left jacket pocket. An EPPD Officer asked SING-LEDEZMA if he had anything else on him. SING-LEDEZMA then admitted to having Marijuana in his pocket.

EPPD searched the Malibu and located approximately 0.72 ounces of Marijuana, eleven (11) rounds of Federal .380 caliber ammunition and a Bersa pistol, model Thunder 380, .380 caliber, with an obliterated serial number. The Bersa pistol was found with the slide locked back in the driver's side door pocket.

EPPD Officers canvassed the immediate area where the traffic stop was conducted and located five (5) spent Federal .380 caliber casings matching the ammunition caliber and manufacturer found inside SING-LEDEZMA's jacket pocket and the ammunition found inside the Malibu vehicle.

ATF SAs conducted a criminal history check on SING-LEDEZMA. Court records from the Western District of Texas reflected that on December 28, 2016, SING-LEDEZMA pleaded guilty to violation of Title 8 United States Code, Section 1325(a)(1), Improper Entry by an Alien. Court records also reflected that on December 28, 2016, SING-LEDEZMA was committed to the custody of the United States Bureau of Prisons for a term of Time Served.

On March 31, 2023, a Homeland Security Investigations (HSI) SA performed immigration records checks on SING-LEDEZMA. Immigration records reflect that SING-LEDEZMA is a citizen and national of Mexico. Immigration records also reflect that SING-LEDEZMA was ordered removed from the United States on or about December 19, 2016, in El Paso, Texas. SING-LEDEZMA last departed the United States on December 31, 2016, at the Paso Del Norte Port of Entry in El Paso, Texas.

Further immigration record checks indicate SING-LEDEZMA has not applied for, nor received permission from the Attorney General or Secretary of Homeland Security to reapply for admission into the United States. HSI also informed ATF SA's that SING-LEDEZMA had an outstanding homicide arrest warrant out of Mexico.

This affidavit sets forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested criminal complaint. The information contained in this affidavit is based on your Affiant's investigation and on information provided to your Affiant by other law enforcement officials who conducted this investigation.