**FILED**

May 03, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____

Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:23-CR-00823-KC** |
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CT 1:** 18 U.S.C. § 922(g)(5)(A) – |
| | § | Alien in Possession of a Weapon; |
| **ANTONIO SING-LEDEZMA,** | § | |
| | § | **CT 2:** 8 U.S.C. § 1326(a) – |
| **Defendant.** | § | Illegal Re-Entry; |
| | § | |
| | § | **CT 3:** 18 U.S.C. § 922(g)(5)(A) - |
| | § | Possession of Ammunition; |
| | § | |
| | § | **CT 4: 18** U.S.C. §§ 922(k) and |
| | § | 924(a)(1)(B) – Possession of a Firearm |
| | § | with an Obliterated Serial Number. |
| | § | |
| | § | *Notice of Government's Demand for* |
| | § | *Forfeiture* |

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 922(g)(5)(A))

On or about March 31, 2023, in the Western District of Texas, Defendant,

**ANTONIO SING-LEDEZMA,**

being an alien, illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, that is a Bersa Thunder .380 caliber semi-automatic pistol (obliterated serial number), in violation of Title 18, United States Code, Section 922(g)(5)(A).

**COUNT TWO**
(8 U.S.C. § 1326(a))

On or about March 31, 2023, in the Western District of Texas, Defendant,

**ANTONIO SING-LEDEZMA,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

**COUNT THREE**
(8 U.S.C. § 922(g)(5)(A))

On or about March 31, 2023, in the Western District of Texas, Defendant,

**ANTONIO SING-LEDEZMA,**

being an alien who is illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, to-wit: approximately twelve rounds of Federal .380 ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

**COUNT FOUR**
(18 U.S.C. §§ 922(k) and 924(a)(1)(B))

On or about March 31, 2023, in the Western District of Texas, Defendant,

**ANTONIO SING-LEDEZMA,**

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is a Bersa Thunder .380 caliber semi-automatic pistol, from which the manufacturer's serial number had been removed, altered, or obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

**I.**
### Firearms Violation and Forfeiture Statutes
### [Title 18 U.S.C. § 922(g)(5)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Count One the United States gives Notice to the Defendant **ANTONIO SING-LEDEZMA** of its intent to seek forfeiture of the property listed below, upon conviction and as part of sentencing pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 provides, in pertinent part, the following:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 922, . . . shall be subject to seizure and forfeiture under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. Bersa Thunder .380 caliber semi-automatic pistol, serial number obliterated;
2. Twelve rounds of .380 caliber Federal ammunition; and
3. Any and all firearms, ammunition and/or accessories used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

3