IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO.: EP-23-CR-00823 KC |
| § | |
| ANTONIO SING-LEDEZMA § | |

**AGREED MOTION REQUESTING AN ORDER
AUTHORIZING RELEASE OF DEFENDANT
FROM CUSTODY ON COMPLETION OF SENTENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Antonio Sing-Ledezma and after consultation with the Assistant United States Attorney Stanley Serwatka, files this Agreed Motion Requesting an Order Authorizing Release of Defendant From Custody on Completion of Sentence. In support of this agreed motion and request, the parties would show:

**I.**

After Defendant Sing-Ledezma challenged Count 1, Count 3, and Count 4 of the instant indictment with a Motion to Quash/Dismiss (ECF Doc. No. 23), on December 11, 2023, the Court entered an order granting relief as to Count 1 and denying relief as to Count 4. (ECF Doc. No. 43).

On January 9, 2024, the Government filed notice of appeal of this Court's order entered on December 11, 2023. (ECF Doc. No. 49). On January 10, 2024, the Government filed a motion to stay the proceedings in this cause pending appeal. (ECF Doc. No. 50). This cause remains pending at the Fifth Circuit Court of Appeals and is still under stay pending decision and opinion on another cause addressing identical issue(s).

After much conferencing, discussion, and negotiation, the parties agreed that Defendant Sing-Ledezma would enter a plea to Count 2 and Count 4 under an information filed under cause number EP-24-00494 KC. (ECF Doc. No. 1). The parties further agreed that any remaining counts on this cause other than Count 1, which is pending on appeal, would be dismissed upon Defendant Sing-Ledezma's plea in cause number EP-24-00494 KC.  In addition, the parties agreed that should Defendant Sing-Ledezma complete his sentence under cause number EP-24-00494 KC while this cause is on appeal with the Fifth Circuit Court of Appeals and remain pending, the United States would not oppose Sing-Ledezma's release from custody in spite of the pending appeal case at the Fifth Circuit Court of Appeals and in this cause. (See attached Letter Agreement- Exhibit 1).

## II.

Defendant Sing-Ledezma entered a plea to Illegal Reentry and Possession of a Firearm with Obliterated Serial Number pursuant to plea agreement (ECF Doc.

No. 16) on April 29, 2024. Defendant Sing-Ledezma was sentenced to time-served on cause number EP-24-00494 KC on July 29, 2024. (ECF Doc. No. 29). The US Marshal's Service has advised Sing-Ledezma has not been released because their records show Sing-Ledezma this cause remains pending. As explained above, this cause remains pending at the Fifth Circuit Court of Appeals and is on stay.

The US Marshal's Service advised they are anticipating some directive from the District Court ordering the release of Sing-Ledezma.

## **CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, the parties by and through their respective counsel, respectfully request this Court enter an Order directing and authorizing the US Marshal's service to release Sing-Ledezma from custody upon is completion of his sentence under cause number EP-24-00494 KC.

Respectfully submitted,

/s/Eduardo Solis
Eduardo Solis
901 Wyoming Avenue
El Paso, Texas 79902
915-544-1818
915-544-4068
SBN: 00785012

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferenced with Assistant United States Attorney Stanley Serwatka on the issue of the release and discharge from custody of Antonio Sing-Ledezma upon completion of his sentence under cause number EP-24-00494 KC while this cause remains pending at the Fifth Circuit Court of Appeals and in the instant cause.

/s/Eduardo Solis
Eduardo Solis

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was filed with the U. S. District Clerk's Office for the Western District of Texas utilizing the Case Manager Electronic Case File (CM/ECF) system on this the 16th day of August 2024, thereby giving notice to all interested parties.

/s/Eduardo Solis
Eduardo Solis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | NO.: EP-23-CR-00823 KC |
| § | |
| § | |
| § | |
| ANTONIO SING-LEDEZMA § | |

### ORDER AUTHORIZING AND DIRECTING RELEASE
### OF ANTONIO SING-LEDEZMA FROM CUSTODY

The Court, having considered the parties agreed motion to authorize and order the release of Antonio Sing-Ledezma from custody upon completion of his sentence, enters the following order;

Upon completion of his sentence under cause number EP-24-00494 KC, Antonio Sing-Ledezma should be released forthwith, in spite of proceedings remaining pending under this cause and in the Fifth Circuit Court of Appeals under cause number 23-40336.

Signed and Ordered on: August ___, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE