

**United States Department of Justice**
United States Attorney's Office
Western District of Texas - El Paso Division

---

STANLEY M. SERWATKA  　　　　　*700 E. San Antonio Ave, Suite 200*　　　　　*Phone:(915)534-6884*
ASSISTANT UNITED STATES ATTORNEY　　　*El Paso, Texas 79901*　　　　　　　stanley.serwatka@usdoj.gov

February 29, 2024

**VIA E-MAIL** - esolis@solislawoffice.com
and regular U.S. mail
Eduardo Solis, Esquire
Law Offices of Eduardo Solis, P.L.L.C.
901 Wyoming Avenue
El Paso, TX 79902

　　　RE:　***U.S. v. Sing-Ledezma***

Dear Ed,

This letter will provide memorialization to the last of our agreement in the Information and Plea Agreement in your client's case. We will file a new case by Information charging your client with violations of Title 8 U.S.C., Section 1326(a), Illegal Reentry and Title 18 U.S.C., Sections 922(k) and 924(a)(1)(B), Possession of a Firearm with an Obliterated Serial Number. By Plea Agreement, your client will plead guilty to both counts of the Information and will then be sentenced by Judge Cardone on those counts. This permits your client to plead guilty while still preserving the government's appeal rights in *U.S. v. Sing-Ledezma*, Cause No.EP-23-CR-0823-KC, which has been stayed pending the outcome of the government's appeal.

If our pending appeal has not been resolved in the government's favor by the time Mr. Sing-Ledezma finishes whatever sentence the Court imposes in the new case (the Information), and if Mr. Sing-Ledezma consents to be removed, the government agrees not to oppose his release pending resolution of the government appeal so Mr. Sing-Ledezma can be removed to Mexico.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　JAIME ESPARZA
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　By:　*STANLEY M. SERWATKA*
　　　　　　　　　　　　　　　　　**STANLEY M. SERWATKA**
　　　　　　　　　　　　　　　　　Assistant United States Attorney

SMS/mlm

cc:　Honorable Kathleen Cardone
　　　Judge, United States District Court