# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50022   USA v. Sing-Ledezma
                    USDC No. 3:23-CR-823-1

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

Mr. Philip Devlin
Mr. Joseph H. Gay Jr.
Mr. Zachary Carl Richter
Mr. Eduardo Solis